UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JORDAN BROWN, #887524, )<br>　　　　　　　　Plaintiff, )<br>　 )<br>-v- )<br>　 )<br>HEIDI WASHINGTON )<br>and JOHN JOBOULIAN, )<br>　　　　　　　　Defendants. )<br>　 ) | No. 1:17-cv-47<br><br>Honorable Paul L. Maloney |

## JUDGMENT

All pending claims in this lawsuit have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: February 22, 2019　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　United States District Judge